# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald J. Allison,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Judge Christy Craig,<br><br>　　　　　　Defendant. | Case No. 2:21-cv-01599-APG-DJA<br><br>**Order** |

This matter is before the Court on Plaintiff's filing of a complaint on August 30, 2021. Since that date, Plaintiff has failed to pay the filing fee or submit an application/motion to proceed *in forma pauperis*. Although Plaintiff initiated this action by filing a complaint, he must apply to proceed *in forma pauperis* in order to proceed with this civil action without prepaying the full $402 filing fee. The Court will grant Plaintiff one opportunity to file such an application within 30 days. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $402 on or before **Wednesday, November 3, 2021** to proceed with this case.

For the foregoing reasons,

**IT IS ORDERED** that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

**IT IS FURTHER ORDERED** that on or before **Monday, November 3, 2021**, Plaintiff will either pay the full $402 filing fee for a civil action (which includes the $350 filing fee and the $52 administrative fee) or file with the Court a completed **Application to Proceed *in Forma Pauperis*** on this Court's approved form.

1    **IT IS FURTHER ORDERED** that, if Plaintiff does not file a fully complete application
2    to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before
3    **Monday, November 3, 2021**, the Court will dismiss this action <u>without prejudice</u>.

5    DATED: October 4, 2021.

     _____
     DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE