# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Ronald J. Allison,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Judge Christy Craig,<br><br>　　　　Defendant. | Case No.: 2:21-cv-01599-APG-DJA<br><br>**REPORT AND RECOMMENDATION** |

In considering Plaintiff's complaint and failure to pay the filing fee or submit a request to proceed *in forma pauperis*, the Court ordered Plaintiff to file a completed application or pay the filing fee by November 3, 2021. (ECF No. 3). Further, the Court indicated that if Plaintiff did not file a complaint and a fully complete application to proceed *in forma pauperis* or pay the full $402 filing fee for a civil action on or before November 3, 2021, the Court would recommend dismissal without prejudice. (*Id*. at 2.). To date, the Court has not received an application, the filing fee, or any request to extend the deadline set by the Court's Order (ECF No. 3).

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**. The Clerk of Court is kindly directed to mail Plaintiff a copy of this Report and Recommendation.

## NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

Dated: December 3, 2021

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　DANIEL J. ALBREGTS
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1