UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>    Plaintiff<br><br>v.<br><br>JUDGE CHRISTY CRAIG,<br><br>    Defendant | Case No.: 2:21-cv-01599-APG-DJA<br><br>**Order Accepting Report and Recommendation**<br><br>[ECF No. 4] |

On December 3, 2021, Magistrate Judge Albregts recommended that I dismiss this case because plaintiff Ronald Allison did not pay the filing fee or complete an application to proceed *in forma pauperis*. ECF No. 4. Allison did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation **(ECF No. 4) is accepted** and plaintiff Ronald Allison's complaint (ECF No. 1-1) is dismissed without prejudice. The clerk of court is instructed to close this case.

DATED this 21st day of December, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE